STATE OF CONNECTICUT *v.* CHARLES S. LANGE
(9333)

O'CONNELL, FOTI and LANDAU, Js.

Argued January 14—decision released January 29, 1991

*Charles S. Lange,* pro se, the appellant (defendant).

*James M. Ralls,* assistant state's attorney, with whom, on the brief, were *Mary Galvin,* state's attorney, and *Paul Gaetano,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.